# 798 CASES REPORTED WITH BRIEF SYLLABI.

estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES E. MUNSON, Respondent, v. DEFOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM ROLLAND, Appellant, v. BORES THOMASHEFSKY and Others, Defendants. AARON SOLOMON, Receiver, and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion to confirm report of referee granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

2325 CRESTON AVENUE CORPORATION, Respondent, v. ELIZABETH SCHINDLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Finch and McAvoy, JJ., dissent.

SPYROS D. DRACOPOULOS, Appellant, v. NATIONAL STEAM NAVIGATION CO., LTD., OF GREECE, a Foreign Corporation, Respondent, Impleaded with Others, Defendants.— Order modified as indicated in order and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISIDORE GROSSMAN and Another, Copartners, etc., Respondents, v. MISSY DRESS, INC., Appellant.— Order modified as provided in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISIDORE GROSSMAN and Another, Copartners, etc., Respondents, v. MISSY DRESS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELSIE HINMAN DULA, Appellant, v. HIBRIGHTON CORPORATION, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DANIEL J. MCKENNA, Appellant, v. LOUISE M. MEEHAN, Also Known as " LULU M. MEEHAN," Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Finch, J., dissents. Settle order on notice.

SIMON LEDERER, Respondent, v. EDWIN W. ORVIS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PINEGROVE COAL COMPANY, INC., Respondent, v. NELS THEODORE ARVIDSON, Individually and as Trustee, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LUXOR CAB MANUFACTURING CORPORATION, Respondent, v. LEADING CAB